**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-7216

CALVIN ANGELO COWARD,

Petitioner - Appellant,

versus

D. SCOTT DODRILL, Warden; UNITED STATES OF
AMERICA,

Respondents - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-01-398-5-HO)

Submitted: October 31, 2002        Decided: December 3, 2002

Before WILKINS, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Calvin Angelo Coward, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Fenita Morris Shepard, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Calvin Coward, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000), and the district court's order denying his Federal Rule of Civil Procedure Rule 59(e) motion to amend. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Coward v. Dodrill, No. CA-01-398-5-HO (E.D.N.C. May 31, & July 5, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED